**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

ROBERT LEE BROWN,                    :
                                                      :
            Plaintiff,                            :
                                                      :
v.                                                    :            CASE NO: 1:09-CV-059 (WLS)
                                                      :
DETECTIVE JOHN B. NORTON,    :
                                                      :
            Defendant.                          :
_____:

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Charles H. Weigle, filed November, 15, 2011.  (Doc. 42).  It is recommended that Defendant's Motion for Summary Judgment (Docs. 32) be granted because there are no genuine issues of material fact raised by Plaintiff.  (*See* Docs. 1, 3, and 42).

The Report and Recommendation provided the Parties with fourteen (14) days[1] from the date of its service to file written objections to the recommendations therein.  (Id.).  The period for filing objections expired on Friday, December 2, 2011; no objections have been filed to date. (*See* Docket).  Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 42) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendant's Motion for Summary Judgment (Docs. 32) is **GRANTED**; all Defendants are dismissed from this action.

            **SO ORDERED**, this  8th  day of March, 2012.

                                                      /s/ W. Louis Sands
                                                      **THE HONORABLE W. LOUIS SANDS,**
                                                      **UNITED STATES DISTRICT COURT**

_____

[1] The Parties were given an additional three days because service was made by mail.  *See* Fed. R. Civ. P. 6(d) (adding three days to specified period within which a party may act if service is made under Rule 5(b)(2)(C) by mailing process to a party's last known address).